UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY D. BOSCO,<br><br>        Plaintiff,<br><br>   v.<br><br>C.F.G. HEALTH SYSTEMS, LLC; et al.,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 04-CV-3517 (JEI)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br>**(Docket # 46)** |

**APPEARANCES:**

GALLERMAN, TABAKIN & SOBEL
By: Jonathan J. Sobel, Esquire
1103 Laurel Oak Road, Suite 111
Voorhees, NJ 08043
    Counsel for Plaintiff

DECKER & MAGAW
By: Thomas J. Decker, Esquire
507 Westfield Avenue
Westfield, NJ 07090
    Counsel for Defendants C.F.G. Health Systems, LLC; Atlantic County Justice Facility; Gary Merline; Earl Billue; Dr. Colbert; and Dr. Ellen

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendants' Motion for Reconsideration of the Court's October 25, 2006 Opinion and Order, the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  19th  day of June, 2007,

**ORDERED THAT:**

(1) Defendants' Motion for Reconsideration (Docket #46) is hereby **DENIED.**

s/ *Joseph E. Irenas*
JOSEPH E. IRENAS
Senior United States District Judge